6861

HUDSON v. SCHUMPERT.

*Ruled by case of Hudson* v. *Schumpert, post, 23.*

Before GARY, J., Lexington, August, 1905. Reversed.

Action by W. A. Hudson against Sol. D. Schumpert. From judgment for defendant, plaintiff appeals.

*Messrs. Efird & Dreher,* for appellant.

*Mr. J. B. Wingard,* contra.

April 11, 1908. The opinion of the Court was delivered by

MR. CHIEF JUSTICE POPE. The complaint of the second action is the same as in the first, except the change of party-

defendant, and the description of the tract of land alleged to contain 116 acres.

The answer in the second case is the same as in the first except necessary changes of names.

The case was tried before his Honor, Judge Ernest Gary, August, 1905, and he directed a verdict for the defendant.

Inasmuch, therefore, as this case is similar in all respects to the case of *W. A. Hudson* v. *Joseph Schumpert,* and the judgment there was in favor of a reversal of such judgment and a new trial granted; it is so ordered here.